Disposition of Petitions For Discretionary Review Under G.S. 7A-31

NYE v. LIPTON

No. 20PC

Case below: 50 NC App 224

Petition,by defendant for discretionary review under G.S. 7A-31 denied 5 May 1981.

SERMONS v. PETERS, COMR. OF MOTOR VEHICLES

No. 117PC

Case below: 51 NC App 147

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 May 1981.

STATE v. ALLEN

No. 135

Case below: 51 NC App 247

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 May 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 May 1981.

STATE v. BILLUPS

No. 97PC

Case below: 49 NC App 373

Application by defendant for further review denied 5 May 1981.

STATE v. BROOKS

No. 102PC

Case below: 51 NC App 90

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 May 1981.